# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN SCHWARTZ, *Plaintiff-pro se* | CIVIL ACTION |
| | NO. 17-3799 |
| v. | |
| APRIL TAYLOR, *et al.* *Defendants* | |

## ORDER

**AND NOW**, this 29th day of January 2017, upon consideration of the *motion to dismiss* filed by Defendant Rocco Cipparone, Jr., Esquire, [ECF 2], to which no response has been filed, and the allegations contained in the complaint filed by Plaintiff Steven Schwartz, *pro se*, [ECF 1-1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and all of the claims asserted against Defendant Rocco Cipparone, Jr., Esquire, are **DISMISSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*