# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN SCHWARTZ, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 17-3799 |
| APRIL TAYLOR, *et al.*, *Defendants.* | : : | |

## ORDER

AND NOW, this 11th day of March, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 71), and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

The Clerk of Court shall terminate Jeffery Zucker as a defendant in the above-captioned matter.

BY THE COURT

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**