# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN SCHWARTZ, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 17-3799 |
| APRIL TAYLOR, *et al.*, *Defendants.* | : : | |

## FINAL ORDER

AND NOW, this 15th day of October, 2021, upon consideration of Plaintiff's Praecipe to Enter Default Judgment Against Defendant April Taylor (ECF No. 61), it is hereby **ORDERED** that his Praecipe is **GRANTED**.

It is **FURTHER ORDERED** that **FINAL JUDGMENT** is entered in favor of Plaintiff Schwartz and against Defendant April Taylor in the total amount of $0 for the reasons set forth in the accompanying memorandum. The Clerk of Court is directed to close the case as to each defendant.[1]

BY THE COURT

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] April Taylor was the sole defendant remaining in the above-captioned matter. All other defendants were dismissed by Orders. *See* ECF No. 13 (Defendant Rocco Cipparone); ECF No. 36 (Linda Lane); ECF No. 43 (Jon Ludlam); and ECF No. 86 (Jeffrey Zucker).