# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN SCHWARTZ, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 17-3799 |
| APRIL TAYLOR, *et al.*, *Defendants.* | : : | |

## FINAL ORDER

**AND NOW**, this **21st** day of **March**, **2022**, upon reconsideration of this Court's previous Order entering Final Judgment against Defendant April Taylor in the amount of $0 (ECF No. 101), as well as the evidence and testimony set forth at the Evidentiary Hearing (*see* ECF No. 110), it is hereby **ORDERED** that this Court's previous Order entering **FINAL JUDGMENT** is reaffirmed in favor of Plaintiff Schwartz and against Defendant April Taylor in the total amount of $0 for the reasons set forth in the accompanying memorandum.

BY THE COURT
/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**