# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN SCHWARTZ, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 17-3799 |
| | : | |
| APRIL TAYLOR, *et al.*, | : | |
| *Defendants.* | : | |

## FINAL ORDER

**AND NOW**, this **25th** day of **April 2022**, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 118) as to this Court's Default Judgment (ECF No. 117), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Plaintiff's Motion for Reconsideration (ECF No. 118) is **DENIED** and this Court's Order entering **FINAL JUDGMENT** against Defendant April Taylor in the amount of $0.00 (ECF No. 117) is upheld.

                                                                  **BY THE COURT**

                                                                  **/s/** *Chad F. Kenney*

                                                                  _____

                                                                  **CHAD F. KENNEY, JUDGE**