# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN SCHWARTZ, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 17-3799 |
| APRIL TAYLOR, *et al.*, *Defendants.* | : : | |

## FINAL ORDER

**AND NOW**, this **10th** day of **May 2022**, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 118) as to this Court's Default Judgment (ECF No. 117), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Plaintiff's Motion for Reconsideration (ECF No. 118) is **DENIED** and this Court's Order entering **FINAL JUDGMENT** against Defendant April Taylor in the amount of $0.00 is upheld.

BY THE COURT

/**s**/ *Chad F. Kenney*

_____
**CHAD F. KENNEY, JUDGE**